IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BILLY SKINNER                                                                                    PLAINTIFF

VS.                                                                                  Nos. 1:99CV329-D-A

STATE OF MISSISSIPPI, et al.                                                            DEFENDANTS

ORDER GRANTING MOTION TO WITHDRAW MOTION AND CLOSING CASE

By previous order this case was closed by reason of settlement. On September 2, 2004, the Plaintiff filed a motion to compel MDOC to reinstate life insurance benefits indicating that the settlement was in jeopardy. To entertain the motion, the case was reopened and restored to the Court's active docket. On March 18, 2005, the Court issued a show cause order compelling the Defendants to respond to the Plaintiff's motion to compel. The Court has been informed by the Plaintiff and the Defendants that all issues encompassed by the motion to compel have been resolved. THEREFORE, it is hereby ORDERED that the Plaintiff's motion to withdraw (docket entry 56) the motion to compel shall be GRANTED rendering the Plaintiff's motion to compel (docket entry 51) MOOT. This case is, once again, CLOSED.

SO ORDERED, April 18, 2005.

/s/ Glen H. Davidson
Chief Judge